## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**BRIAN KEITH COCKRELL**

    **and**

**JEREMY REESE**

    **and**

**WILLIAM MULLEN,**

       **Plaintiffs,**

  **v.**

**TOTAL ENVIRONMENTAL CONCEPTS INC.**

    **and**

**TODD PATTERSON**

    **and**

**MARY ANN FAUDALE,**

    **Defendants.**

**Civil Case No. 1:20-cv-02621-SAG**

## ORDER FOR ENTRY OF JUDGMENT PURSUANT TO RULES 68 AND 54 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Total Environmental Concepts, Inc., Todd Patterson, and Mary Ann Faudale ("**Defendants**") made an Offer of Judgment (sometimes referred to herein as "**Offer**") to Plaintiffs Brian Keith Cockrell, Jeremy Reese, and William Mullen ("**Plaintiffs**"), dated March 3, 2021. The Offer was accepted by Plaintiffs through their Counsel by letter dated March 16, 2021, and both the Offer and the acceptance of the Offer were filed with the Court on March 22, 2021 (ECF No. 25).  Pursuant to a

request from the Court, Plaintiffs reaffirmed their acceptance by affixing their individual signatures on the Offer. That document is hereby filed with the Court as of this date.

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, and pursuant to the terms of this accepted Offer, the Clerk of the Court will enter Judgment in favor of Plaintiffs in the total amount of **$18,093.64** with the breakdown as follows:

1.      Brian Keith Cockrell for the sum of Five Thousand Six Hundred Twenty-Five Dollars and Zero Cents ($5,625.00).

2.      Jeremy Reese for the sum of Three Thousand One Hundred Ninety-Three Dollars and Seventy-Six Cents ($3,193.76).

3.      William Mullen for the sum of One Thousand Three Hundred Seventy-Four Dollars and Eighty-Eight Cents ($1,374.88).

4.      E. Patrick McDermott, Esq. for the sum of Seven Thousand Nine Hundred Dollars and Zero Cents ($7,900.00) for attorneys' fees/costs.

**SO ORDERED**:

<u>  Felicia C. Cannon, Clerk of Court  </u>



Dated: May 6, 2021

2

Respectfully submitted,

/s/  *Bernard G. Dennis, III*
Bernard G. Dennis, III (Bar No. 13909)
Leslie Stout-Tabackman (admitted *pro hac vice*)
Jason A. Ross (admitted *pro hac vice*)
JACKSON LEWIS P.C.
107101 Parkridge Blvd., Suite 300
Reston, VA  20191
(703) 483-8378 – Telephone
(703) 483-8301 – Facsimile
Bernard.Dennis@jacksonlewis.com
Leslie.Stout@jacksonlewis.com
Jason.Ross@jacksonlewis.com


*Counsel for Defendants*

Dated:  May 5, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of May 2021, a true and accurate copy of the

foregoing document was electronically filed with the Clerk's Office and was served by CM/ECF

upon all counsel on record as follows:

E. Patrick McDermott (Bar No. 07262)
Law Office of E. Patrick McDermott LLC
510 Penguin Drive, Suite 105B
Ocean City MD, 21842
410-990-0792
410-741-3979

*Counsel for Plaintiff*