IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRIAN KEITH COCKRELL<br><br>and<br><br>JEREMY REESE<br><br>and<br><br>WILLIAM MULLEN,<br><br>      Plaintiffs,<br>v.<br><br>TOTAL ENVIRONMENTAL CONCEPTS INC.<br><br>and<br><br>TODD PATTERSON<br><br>and<br><br>MARY ANN FAUDALE,<br><br>      Defendants. | Civil Case No. 1:20-cv-02621-SAG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to bear their own attorneys' fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/_ *E. Patrick McDermott*_____ | /s/ *Bernard G. Dennis*_____ |
| E. Patrick McDermott (Bar No. 07262) | Bernard G. Dennis, III (Bar No.13909) |
| Law Office of E. Patrick McDermott LLC | Leslie Stout-Tabackman (*pro hac vice*) |
| 510 Penguin Drive, Suite 105B | Jason A. Ross (*pro hac vice*) |
| Ocean City MMD, 21842 | JACKSON LEWIS P.C. |
| Tel: (410) 990-0792 | 10701 Parkridge Blvd., Suite 300 |
| Fax: (410) 741-3979 | Reston, VA 20191 |
| | Tel: (703) 483-8378 |
| | Fax: (703) 483-8301 |
| | Bernard.Dennis@jacksonlewis.com |
| | Leslie.Stout@jacksonlewis.com |
| | Jason.Ross@jacksonlewis.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |
| *Brian Cockrell, Jeremy Reese, William Mullen* | *Total Environmental Concepts Inc., Todd Patterson, and Mary Ann Faudale* |

**[\*signed and filed by Bernard G. Dennis, III with permission]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 10th day of May 2021, a true and accurate copy of the foregoing document was electronically filed with the Clerk's Office and was served by CM/ECF upon all counsel on record as follows:

        E. Patrick McDermott (Bar No. 07262)
        Law Office of E. Patrick McDermott LLC
        510 Penguin Drive, Suite 105B
        Ocean City MD, 21842
        410-990-0792
        410-741-3979

        *Counsel for Plaintiff*

        /s/  *Bernard G. Dennis*
        Bernard G. Dennis, III
        **JACKSON LEWIS P.C.**